

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2018

No. 04-17-00572-CV

**CITY OF SAN ANTONIO BY AND THROUGH CITY PUBLIC SERVICE BOARD OF SAN ANTONIO D/B/A CPS Energy,**
Appellants

v.

Chris **SMITH,**
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-08496
The Honorable Renée Yanta, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a reply brief is GRANTED. Appellant's reply brief is due on February 20, 2018.

It is so **ORDERED** on this 31st day of January, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court